Afshin Afsharimehr
BLACKMORE LAW PLC
2828 N. Central Ave
10th Floor
Phoenix, AZ 85004
Arizona State Bar No. 031107
Fax: 855-744-4419
E-Mail: afshin@blackmorelawplc.com
Telephone: 602-562-0996

*Attorney for Plaintiff*

Daniel C. Barr (#010149)
DBarr@perkinscoie.com
John H. Gray (#028107)
JHGray@perkinscoie.com
Mikaela N. Colby (#035667)
MColby@perkinscoie.com
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DocketPHX@perkinscoie.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>    Plaintiff,<br><br>v.<br><br>In-N-Out Burgers, a California Corporation,<br><br>    Defendant. | No. CV-20-01938-PHX-DJH<br><br>**JOINT REPORT ON SETTLEMENT TALKS** |

1

Pursuant to this Court's March 31, 2021, Scheduling Order the parties submit this Joint Report on Settlement Talks:

1. The parties have had multiple discussions regarding settlement over the course of this case. Defendant denies liability and the Parties dispute whether Defendant's restroom is ADA compliant. Plaintiff requested proof of ADA compliance, but Defendant refuses to provide such proof outside the context of standard discovery. The Parties are therefore unable to reach a resolution.

/s/ Afshin Afsharimehr
Afshin Afsharimehr
*Counsel for Plaintiff*

/s/ Daniel C. Barr
Daniel C. Barr
*Counsel for Defendant*

Dated: September 10, 2021

Dated: September 10, 2021  **PERKINS COIE LLP**

By: */s/ Daniel C. Barr*
    Daniel C. Barr
    John H. Gray
    Mikaela N. Colby
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona  85012-2788

*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Afshin Afsharimehr (afshin@blackmore.law)

/s/Mikaela Colby
Perkins Coie LLP

153822974.1