Afshin Afsharimehr
BLACKMORE LAW PLC
15657 N. Hayden Road, #1048
Scottsdale, AZ 85260
Arizona State Bar No. 031107
Fax: 855-744-4419
E-Mail: afshin@blackmorelawplc.com
Telephone: 602-562-0996
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley,<br><br>    Plaintiff,<br><br>v.<br><br>In-N-Out Burgers, a California Corporation,<br><br>    Defendant. | No. CV-20-01938-PHX-DJH<br><br>**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The Parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his or its own attorneys' fees and costs. The Parties further stipulate and agree that this resolves all pending claims and closes the case.

STIPULATED AND AGREED TO BY:


/s/ Afshin Afsharimehr                          /s/ Daniel C. Barr (with permission)
Afshin Afsharimehr                              Daniel C. Barr
*Counsel for Plaintiff*                         *Counsel for Defendant*


Dated: February 18, 2022

1