# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daimeon Mosley, | No. CV-20-01938-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| In-N-Out Burgers Incorporated, | |
| Defendant. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 27), filed on February 19, 2022,

**IT IS ORDERED** approving the Stipulation (Doc. 27) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 22nd day of February, 2022.

Honorable Diane J. Humetewa
United States District Judge